AO 10
Rev. 1/2008

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2007

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial)  Dorr, Richard E | 2. Court or Organization  US District Court Western District of MO | 3. Date of Report  05/05/2008 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)  Active US District Judge | 5a. Report Type (check appropriate type)  ☐ Nomination, Date  ☐ Initial ☑ Annual ☐ Final  5b. ☐ Amended Report | 6. Reporting Period  01/01/2007 to 12/31/2007 |
| 7. Chambers or Office Address  222 John Q. Hammons Parkway Suite 3100 Springfield, MO 65806 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations.  Reviewing Officer_____ Date_____ | |

*IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

# I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. Trustee | Estate Trust #1 |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

# II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

RECEIVED 2008 MAY 12 A 11: 32 FINANCIAL DISCLOSURE OFFICE

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

[✓] NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

[✓] NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS — *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

[ ] NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | Vanderbilt University Law School | Sept 27-28, 2007 | Nashville TN | seminar | hotel and meals |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Dorr, Richard E | 05/05/2008 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Dorr, Richard E | 05/05/2008 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 1. Commerce Bank Account | A | Interest | J | T | | | | | |
| 2. Signature Bank CD (X) | A | Interest | J | T | | | | | |
| 3. BROKERAGE ACCOUNT #1 Edward Jones | | | | | | | | | |
| 4. - O'Reilly Automotive (ORLY) Common Stock | | None | M | T | | | | | |
| 5. - Growth Fund of America Mutual Fund (AGTHX) | | None | J | T | | | | | |
| 6. - SunAmerica Life Ins Polaris Variable Annuity | | None | K | T | | | | | |
| 7. - Hartford Life Director Variable Annuity | | None | K | T | | | | | |
| 8. - Great Southern Bank (GSBC) Comm Stk | A | Dividend | J | T | | | | | |
| 9. - Guaranty Fed Bancshares Inc (GFED) Comm Stk | B | Dividend | L | T | | | | | |
| 10. MO State U. Aux Sys 4.375% | A | Dividend | J | T | buy | 04/17 | J | | |
| 11. USAA Investment Mgmt Co. IRA | D | Dividend | M | T | | | | | |
| 12. - USAA GNMA Trust | B | | | | | | | | |
| 13. - USAA High-Yield Opportunities Fund | A | | | | | | | | |
| 14. - USAA Income Fund | A | | | | | | | | |
| 15. - USAA Income Stk Fund | C | | | | | | | | |
| 16. - USAA S & P 500 Index Fund Member Shares | A | | | | | | | | |
| 17. - USAA Short-Term Bond Fund | B | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 P4 =More than $50,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Dorr, Richard E | 05/05/2008 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. Springfield Trust Co. CONDUIT IRA | E | Dividend | O | T | | | | | |
| 19. - CASH EQUIVALENTS | | | | | | | | | |
| 20. - Goldman Sachs F/S Federal Money Market Fund | | | | | | | | | |
| 21. - FIXED INCOME SECURITIES | | | | | | | | | |
| 22. -- FNMA 4% 10/14/15 | | | | | redemption | 10/15 | K | A | |
| 23. - FIXED INCOME FUNDS | | | | | | | | | |
| 24. -- Federated Total Return Bond Fund #328 | | | | | distribute | 06/06 | L | | |
| 25. -- Fed Total Return Sers BD FD Instl SV | | | | | exchange | 06/06 | L | | |
| 26. | | | | | buy | 07/24 | K | | |
| 27. | | | | | part sell | 10/18 | K | A | |
| 28. -- Fed Ultra-Sht 108-NW | | | | | distribute | 06/06 | K | | |
| 29. -- Fed Ultra-Short Serv SH-FD #838 | | | | | exchange | 06/06 | K | | |
| 30. | | | | | sell | 07/24 | K | | |
| 31. -- Pimco Foreign Bond FD Unhedged | | | | | distribute | 06/06 | L | | |
| 32. -- Pimco FDS FGN BD UNH ADM | | | | | exchange | 06/06 | L | | |
| 33. | | | | | buy | 7/24 | J | | |
| 34. | | | | | part sell | 10/18 | K | B | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Dorr, Richard E | 05/05/2008 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. -- Vanguard Inflation Protected Securities FD | | | | | buy | 07/24 | K | | |
| 36. | | | | | part sell | 10/18 | J | A | |
| 37. -- VGD Interim Bd #5314 | | | | | sell | 07/24 | K | | |
| 38. -- VGD GNMA Fund #536 | | | | | part sell | 10/18 | K | | |
| 39. - EQUITY MUTUAL FUNDS | | | | | | | | | |
| 40. -- VGD Star FD Dev Mkt Stk Index #227 | | | | | part sell | 07/24 | J | B | |
| 41. | | | | | part sell | 10/18 | J | A | |
| 42. -- VGD IND 500 - INST #94 | | | | | part sell | 07/24 | J | B | |
| 43. | | | | | buy | 10/18 | K | | |
| 44. -- DFA INVT Dimensions Group US Micro Cap | | | | | part sell | 7/24 | J | A | |
| 45. | | | | | buy | 10/18 | J | | |
| 46. -- DFA Invt Dimensions Group US Sml Cap | | | | | part sell | 07/24 | J | B | |
| 47. | | | | | buy | 10/18 | J | | |
| 48. -- DFA Invt Dimensions Group US Sml Cap Val | | | | | part sell | 07/24 | J | B | |
| 49. | | | | | buy | 10/18 | J | | |
| 50. -- DFA Invt Dimensions Group Large Cap Val | | | | | part sell | 07/24 | J | A | |
| 51. | | | | | buy | 10/18 | K | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Dorr, Richard E | 05/05/2008 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 52. -- DFA Invt Dimensions Group Intl Val PTF | | | | | part sell | 07/24 | J | B | |
| 53. | | | | | buy | 10/18 | J | | |
| 54. -- DFA Invt Dimensions Group Intl Smcap Val | | | | | part sell | 07/24 | J | A | |
| 55. | | | | | buy | 10/18 | J | | |
| 56. DFA Invt Dimensions Group Intl Sml Ptfl | | | | | part sell | 07/24 | J | A | |
| 57. | | | | | buy | 10/18 | J | | |
| 58. --DFA Invt Dimensions Group EMERG MKTS VAL | | | | | buy | 10/18 | K | | |
| 59. -- DFA Invt Dimensions Group EMERG MKTS | | | | | buy | 10/18 | K | | |
| 60. -- Pimco FDS PAC INVT MGMT SER COMM RLTRN ADM | | | | | buy | 7/24 | K | | |
| 61. | | | | | part sell | 10/18 | J | A | |
| 62. -- Northern FDS Global R/E IDX | | | | | buy | 7/24 | K | | |
| 63. | | | | | part sell | 10/18 | J | A | |
| 64. Ozark National Ordinary Life Ins. Policy | A | Interest | J | T | | | | | |
| 65. Estate Trust #1 | D | Interest | K | T | | | | | |
| 66. - Guaranty Bank Account | A | Interest | K | T | | | | | |
| 67. Revocable Trust #1 | C | Dividend | M | T | | | | | |
| 68. - Cash Equivalents | | | | | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Dorr, Richard E | 05/05/2008 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69.   -- Goldman Sachs F/S Federal Money Market Fund | | | | | | | | | |
| 70.   - Fixed Income Funds | | | | | | | | | |
| 71.   -- Fed Total Return Bond Fund #328 | | | | | distribute | 06/06 | J | | |
| 72.   --Fed Total Return Sers BD FD INVTL SV | | | | | exchange | 06/06 | J | | |
| 73. | | | | | buy | 06/13 | J | | |
| 74. | | | | | part sell | 07/06 | J | A | |
| 75. | | | | | buy | 08/24 | J | | |
| 76. | | | | | part sell | 09/12 | J | A | |
| 77. | | | | | part sell | 12/14 | J | A | |
| 78.   --Fed Ultra-Sht 108 NW | | | | | distribute | 06/06 | J | | |
| 79.   --Fed Ultra-Short Serv SH-FD #838 | | | | | exchange | 06/06 | J | | |
| 80. | | | | | sell | 6/13 | J | | |
| 81.   -- Pimco Foreign Bond FD Unhedged | | | | | distribution | 06/06 | J | | |
| 82.   -- Pimco FDS FGN BD UNH ADM | | | | | exchange | 06/06 | J | | |
| 83. | | | | | buy | 6/13 | J | | |
| 84. | | | | | part sell | 7/06 | J | A | |
| 85. | | | | | buy | 8/24 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Dorr, Richard E | 05/05/2008 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. | | | | | part sell | 9/12 | J | A | |
| 87. | | | | | part sell | 12/14 | J | A | |
| 88.  --VGD Interm BD #5314 | | | | | sell | 06/08 | J | | |
| 89.  --Vanguard GNMA Fund #536 ADM SH | | | | | buy | 06/13 | J | | |
| 90. | | | | | part sell | 07/09 | J | | |
| 91. | | | | | buy | 08/24 | J | | |
| 92. | | | | | part sell | 09/12 | J | A | |
| 93. | | | | | part sell | 12/14 | J | A | |
| 94.  --Vanguard Inflation Protected Securities FD | | | | | buy | 6/13 | J | | |
| 95. | | | | | part sell | 07/09 | J | | |
| 96. | | | | | buy | 08/24 | J | | |
| 97. | | | | | part sell | 09/12 | J | A | |
| 98. | | | | | part sell | 12/14 | J | A | |
| 99.  -Equity Mutual Funds | | | | | | | | | |
| 100.  --DFA Invt Dimensions Group US Micro Cap | | | | | part sell | 06/08 | J | A | |
| 101. | | | | | buy | 06/13 | J | | |
| 102. | | | | | part sell | 07/06 | J | A | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000.000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Dorr, Richard E | 05/05/2008 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. | | | | | buy | 08/24 | J | | |
| 104. | | | | | part sell | 09/12 | J | | |
| 105. | | | | | part sell | 12/14 | J | | |
| 106. --DFA Invt Dimensions Group Intl Sml PTFL | | | | | part sell | 06/08 | J | A | |
| 107. | | | | | buy | 06/13 | J | | |
| 108. | | | | | part sell | 07/06 | J | A | |
| 109. | | | | | buy | 08/24 | J | | |
| 110. | | | | | part sell | 09/12 | J | A | |
| 111. | | | | | part sell | 12/14 | J | A | |
| 112. --DFA Invt Dimensions Group Intl SM CAP Val | | | | | part sell | 06/08 | J | A | |
| 113. | | | | | buy | 06/13 | J | | |
| 114. | | | | | buy | 08/24 | J | | |
| 115. | | | | | part sell | 09/12 | J | A | |
| 116. | | | | | part sell | 12/14 | J | A | |
| 117. --DFA Invt Dimensions Gp US SML CAP VAL | | | | | part sell | 06/08 | J | A | |
| 118. | | | | | buy | 06/13 | J | | |
| 119. | | | | | part sell | 07/06 | J | A | |

1. Income Gain Codes:    A =$1,000 or less    B =$1,001 - $2,500    C =$2,501 - $5,000    D =$5,001 - $15,000    E =$15,001 - $50,000
(See Columns B1 and D4)    F =$50,001 - $100,000    G =$100,001 - $1,000,000    H1 =$1,000,001 - $5,000,000    H2 =More than $5,000,000
2. Value Codes    J =$15,000 or less    K =$15,001 - $50,000    L =$50,001 - $100,000    M =$100,001 - $250,000
(See Columns C1 and D3)    N =$250,001 - $500,000    O =$500,001 - $1,000,000    P1 =$1,000,001 - $5,000,000    P2 =$5,000,001 - $25,000,000
   P3 =$25,000,001 - $50,000,000    P4 =More than $50,000,000
3. Value Method Codes    Q =Appraisal    R =Cost (Real Estate Only)    S =Assessment    T =Cash Market
(See Column C2)    U =Book Value    V =Other    W =Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Dorr, Richard E | 05/05/2008 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 120. | | | | | buy | 08/24 | J | | |
| 121. | | | | | buy | 09/12 | J | | |
| 122. | | | | | part sell | 12/14 | J | | |
| 123. --DFA Invt Dimensions Group LARGE CAP VALUE | | | | | part sell | 06/08 | J | A | |
| 124. | | | | | buy | 06/13 | J | | |
| 125. | | | | | part sell | 07/06 | J | A | |
| 126. | | | | | buy | 08/24 | J | | |
| 127. | | | | | part sell | 09/12 | J | A | |
| 128. | | | | | part sell | 12/14 | J | A | |
| 129. --DFA Invt Dimensions Group US SML CAP | | | | | part sell | 06/08 | J | A | |
| 130. | | | | | buy | 06/13 | J | | |
| 131. | | | | | part sell | 07/06 | J | A | |
| 132. | | | | | buy | 08/24 | J | | |
| 133. | | | | | buy | 09/12 | J | | |
| 134. | | | | | part sell | 12/14 | J | A | |
| 135. --DFA Invt Dimensions Group INTL VALUE PTF | | | | | part sell | 06/08 | J | A | |
| 136. | | | | | buy | 06/13 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Dorr, Richard E | 05/05/2008 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 137. | | | | | part sell | 07/06 | J | A | |
| 138. | | | | | buy | 08/24 | J | | |
| 139. | | | | | part sell | 09/12 | J | A | |
| 140. | | | | | part sell | 12/14 | J | A | |
| 141. --VGD Star FD DEV MKT #227 | | | | | part sell | 06/08 | J | A | |
| 142. | | | | | buy | 6/13 | J | | |
| 143. | | | | | part sell | 07/09 | J | A | |
| 144. | | | | | buy | 08/24 | J | | |
| 145. | | | | | part sell | 09/12 | J | A | |
| 146. | | | | | part sell | 12/14 | J | A | |
| 147. --VGD IND 500-INST #94 | | | | | part sell | 06/08 | J | A | |
| 148. | | | | | buy | 06/13 | J | | |
| 149. | | | | | part sell | 07/09 | J | A | |
| 150. | | | | | buy | 08/24 | J | | |
| 151. | | | | | part sell | 09/12 | J | A | |
| 152. | | | | | part sell | 12/14 | J | A | |
| 153. -- Pimco FDS PAC INVT MGMT SER COMM RLTRN ADM | | | | | buy | 08/24 | J | | |

1. Income Gain Codes:  A =$1,000 or less  B =$1,001 - $2,500  C =$2,501 - $5,000  D =$5,001 - $15,000  E =$15,001 - $50,000
   (See Columns B1 and D4)  F =$50,001 - $100,000  G =$100,001 - $1,000,000  H1 =$1,000,001 - $5,000,000  H2 =More than $5,000,000
2. Value Codes  J =$15,000 or less  K =$15,001 - $50,000  L =$50,001 - $100,000  M =$100,001 - $250,000
   (See Columns C1 and D3)  N =$250,001 - $500,000  O =$500,001 - $1,000,000  P1 =$1,000,001 - $5,000,000  P2 =$5,000,001 - $25,000,000
   P3 =$25,000,001 - $50,000,000  P4 =More than $50,000,000
3. Value Method Codes  Q =Appraisal  R =Cost (Real Estate Only)  S =Assessment  T =Cash Market
   (See Column C2)  U =Book Value  V =Other  W =Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Dorr, Richard E | 05/05/2008 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 154. | | | | | part sell | 09/12 | J | A | |
| 155. | | | | | part sell | 12/14 | J | A | |
| 156. --Northern FDS Global RE/IDX | | | | | buy | 06/13 | J | | |
| 157. | | | | | buy | 08/24 | J | | |
| 158. | | | | | part sell | 09/12 | J | | |
| 159. | | | | | part sell | 12/14 | J | | |

1. Income Gain Codes:  A =$1.000 or less   B =$1,001 - $2,500   C =$2,501 - $5,000   D =$5,001 - $15,000   E =$15,001 - $50,000
   (See Columns B1 and D4)   F =$50,001 - $100,000   G =$100,001 - $1,000,000   H1 =$1,000,001 - $5,000,000   H2 =More than $5,000,000
2. Value Codes   J =$15,000 or less   K =$15,001 - $50,000   L =$50,001 - $100,000   M =$100,001 - $250,000
   (See Columns C1 and D3)   N =$250,001 - $500,000   O =$500,001 - $1,000,000   P1 =$1,000,001 - $5,000,000   P2 =$5,000,001 - $25,000,000
   P3 =$25,000,001 - $50,000,000   P4 =More than $50,000,000
3. Value Method Codes   Q =Appraisal   R =Cost (Real Estate Only)   S =Assessment   T =Cash Market
   (See Column C2)   U =Book Value   V =Other   W =Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Dorr, Richard E | 05/05/2008 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of Report.)*

Part VII lines 24 & 25 Federated Total Return Bond Fund #328 was exchanged for Federated Total Return Sers BD FD Instl SV in a corporate exchange.

Part VII lines 28 & 29 Fed Ultra - Sht 108-NW was exchanged for Federated Ultra-Short Sers SH-FD #838 in a corporate exchange.

Part VII lines 31 & 32 Pimco Foreign Bond FD Unhedged was exchanged for Pimco FDS FGN BD UNH ADM in a corporate exchange.

Part VII lines 71 & 72 Federated Total Return Bond Fund #328 was exchanged for Federated Total Return Serv BD FD Instl SV in a corporate exchange.

Part VII lines 78 & 79 Fed Ultra - Sht 108-NW was exchanged for Federated Ultra-Short Sers SH-DF #838 in a corporate exchange.

Part VII lines 81 & 82 Pimco Foreign Bond FD Unhedged was exchanged for Pimco FDS FGN BD UNH ADM in a corporate exchange.

| Name of Person Reporting | Date of Report |
|---|---|
| Dorr, Richard E | 05/05/2008 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signatu

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

---

### FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544